FILED

January 12, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004008166

**2**
Susan M. Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA  95682
Tel:  (530)232-6119
E-mail:  didriksen1@gmail.com

# UNITED  STATES  BANKRUPTCY  COURT

# EASTERN  DISTRICT  OF  CALIFORNIA

# SACRAMENTO  DIVISION

IN RE:

**CHRISTOPHER DEAN ADAMS  and**

**SHEILA KLEATS ADAMS**

        Debtors.

Case No.  07-30640-D-7
DCN:    SMD - 1

DATE:         February 9, 2012
TIME:         10:30 a.m.
LOCATION:  501 I Street, 6th Floor
               Department E
               Courtroom 33  (6th Floor)
               Sacramento, CA  95814

## MOTION FOR AUTHORITY TO SELL REAL PROPERTY

SUSAN M. DIDRIKSEN, as Trustee of the estate of the above-named debtor, hereby moves for an order: authorizing the sale of real property identified as, APN 210-221-004, comprised of 41 acres of vacant land in Humboldt County, California ("41 acre parcel") for $26,000 to Global Capital Concepts, Inc. (hereinafter "Buyer").  In support thereof, Trustee respectfully represents that:

1. This case was commenced by the conversion from Chapter 13 to a voluntary Chapter 7 bankruptcy on May 8, 2011.  Trustee is the duly appointed trustee for the debtors' estate.

2. Among the assets of the estate is the 41 acre parcel, for which the Schedules represent the value to be $23,000, subject to no liens.

3. The Debtors' amended Schedule "C" filed on or about May 20, 2011, claimed C.C.P. §703.140(b)(5) of $23,100 on the 41 acre parcel.

4. Global Capital Concepts, Inc. has offered $26,000 for the parcel and has deposited $2,000 with the Trustee.

5. Trustee desires to accept the offer made by Global Capital Concepts, Inc.

6. Approving the sale is in the best interest of the estate because: (a) the sales price approximates fair value and (b) it will generate cash for the estate of approximately $4,500.

7. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $500.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing. Any successful over bidder must remit the full amount of the cash selling price to the Trustee within twenty-four hours after the Court hearing is concluded.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

DATED: January 12, 2012                    /s/ SUSAN M. DIDRIKSEN, TRUSTEE

PO Box 1460
Shingle Springs, CA  95682
530-232-6199
didriksen1@gmail.com